**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARGONAUT INSURANCE COMPANY,

Plaintiff,

v.

INTERNATIONAL GOVERNMENT SERVICES, INC., et al.,

Defendants.

No. 2:25-cv-06889-JAK (MBKx)

**ORDER TO SHOW CAUSE (DKT. 87)**

On August 5, 2026, an Order issued that, in relevant part, stated that if Defendants' counsel Maureen J. Shanahan intended to seek leave to withdraw, she was to file a corresponding motion pursuant to Local Civil Rule 83-2.3. Dkt. 86. Alternatively, if she did not intend to withdraw, the Order required her to file a corresponding statement. Ms. Shanahan was directed to submit the required filings on or before August 12, 2026. Ms. Shanahan did not do so.

In light of the foregoing, an Order issued on August 13, 2026 extending the deadline and directing Ms. Shanahan to submit the required filings on or before August 17, 2026. Dkt. 87. Ms. Shanahan did not do so. The August 13, 2026 Order stated that if Ms. Shanahan failed to respond, an Order to Show Cause could issue as to why sanctions should not be imposed for failure to comply with Court orders.

In light of the foregoing, Ms. Shanahan is **ORDERED TO SHOW CAUSE** why sanctions in the amount of $150 should not be imposed for failing to comply with the aforementioned Court orders. Ms. Shanahan shall file any response on or before August 28, 2026. Based on a review of any such response, a determination will be made as to whether to impose sanctions or discharge the Order to Show Cause. If no response is timely filed, the sanctions of $150 will be imposed.

**IT IS SO ORDERED.**

Dated: August 18, 2026

John A. Kronstadt
United States District Judge