**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>INTERNATIONAL GOVERNMENT SERVICES, INC., et al.,<br>Defendants. | No. 2:25-cv-06889-JAK (MBKx)<br>**ORDER TO SHOW CAUSE (DKT. 95)** |

On September 1, 2026, an Order issued directing that, on or before September 4, 2026, Maureen J. Shanahan file a motion for leave to withdraw as counsel in this matter, unless new counsel had been retained by Defendants prior to that deadline. Dkt. 94. If new counsel had been retained, the Order directed Ms. Shanahan to file a completed Request for Approval of Substitution or Withdrawal of Counsel. Ms. Shanahan did not take either of these actions.

In light of the foregoing, an Order issued on September 8, 2026 extending the deadline and directing Ms. Shanahan to submit the required filings on or before September 10, 2026. Dkt. 95. Ms. Shanahan did not do so. The September 8, 2026 Order stated that if Ms. Shanahan failed to respond to it, an Order to Show Cause could issue as to why sanctions should not be imposed for failure to comply with Court orders.

Accordingly, Ms. Shanahan is **ORDERED TO SHOW CAUSE** why sanctions in the amount of $150 should not be imposed for failing to comply with the aforementioned Court orders. Ms. Shanahan shall file any response on or before September 21, 2026. Based on a review of any such response, a determination will be made as to whether to impose sanctions or discharge the Order to Show Cause. If no response is timely filed, the sanctions of $150 will be imposed.

**IT IS SO ORDERED.**

Dated: September 11, 2026

John A. Kronstadt
United States District Judge